**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DENISE REDFIELD,<br><br>Plaintiff,<br><br>v.<br><br>TRECORA RESOURCES, KAREN A. TWITCHELL, PATRICK D. QUARLES, NICHOLAS N. CARTER, GARY K. ADAMS, PAMELA R. BUTCHER, ADAM PEAKES, AND JANET ROEMER,<br><br>Defendants. | ) | Case No. 1:22-cv-03301-LDH-MMH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 24, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*